# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff/Applicant,<br>v.<br>STEVEN J. MUEHLER, ALTERNATIVE SECURITIES MARKETS GROUP CORP., and BLUE COAST SECURITIES CORP. d/b/a GLOBALCROWDTV, INC. AND BLUE COAST BANC,<br>    Defendants/Respondents, | Case No.: **2:18-CV-01722-DOC (GJSx)**<br><br>**ORDER TO SHOW CAUSE ISSUED UPON APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 209(d) OF THE INVESTMENT ADVISERS ACT OF 1940 AND SECTION 42(d) OF THE INVESTMENT COMPANY ACT OF 1940 ENFORCING COMPLIANCE WITH FINAL COMMISSION ORDER** |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. § 80b-9(d)] and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act") [15 U.S.C. § 80a-41(d)], to enforce compliance by Respondents Steven J. Muehler ("Muehler"), Alternative Securities Markets Group Corp. ("ASMG"), and Blue Coast Securities Corp. ("Blue Coast"; together with Muehler and ASMG, the

1

1  "Respondents") with the Order Making Findings and Imposing Remedial
2  Sanctions and a Cease-and-Desist Order Pursuant to Sections 15(b) and 21C of the
3  Securities Exchange Act of 1934, as to Respondents Steven J. Muehler, Alternative
4  Securities Markets Group Corp., and Blue Coast Securities Corp. d/b/a
5  Globalcrowdtv, Inc. and Blue Coast Banc, entered on consent against Respondents
6  on June 21, 2016 pursuant to an administrative proceeding entitled *In the Matter of*
7  *STEVEN J. MUEHLER, ALTERNATIVE SECURITIES MARKETS GROUP*
8  *CORP., and BLUE COAST SECURITIES CORP. d/b/a Globalcrowdtv, Inc. and*
9  *Blue Coast Banc*, Admin. Proc. File No. 3-16836 (June 21, 2016) (the
10 "Administrative Order"), and it appearing that an Order to Show Cause should
11 issue, it is hereby:

**ORDERED**, that each of the above-captioned Respondents shall appear before this Court in Courtroom 9D of the Courthouse located at 411 W. Fourth Street, Santa Ana, California on April 2, 2018 at 8:30 a.m. and show cause why the Commission's Application seeking the enforcement of the final Commission Administrative Order against Respondents, including the entry of a final judgment, should not be granted.

**ORDERED** that Petitioner shall personally serve Respondents with this Order, and file a proof of service evidencing the same, on or before March 16, 2018.

**FURTHER ORDERED**, that Respondents shall serve and file any opposing papers by 5:00 p.m. on March 23, 2018. Service shall be made by (1) physical delivery to Shuman Sohrn, Securities and Exchange Commission, 100 F Street, Mail Stop 5628, Washington, DC 20549-5628; (2) via e-mail to sohrns@sec.gov; or (3) the CM/ECF system of this Court.

**FURTHER ORDERED**, that if any of the Respondents serves and files any opposing papers, the Commission may serve and file reply papers by 5:00 p.m. on

1  March 23, 2018, and serve such reply papers on Respondents by (1) physical
2  delivery to Respondents at the address designated in their opposition papers, (2) e-
3  mail to such address as Respondents may designate, or (3) the CM/ECF system
4  of this Court if Respondents appear by counsel.

**FURTHER ORDERED**, that if the Court after review of the papers filed determines that oral argument is appropriate, it will schedule the same.

**FURTHER ORDERED**, that if Respondents fail to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondents in default and enter an appropriate order against such parties at such time without further notice being given

**SO ORDERED.**

Dated: March 13, 2018

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE